IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JDTECH INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MORTECH MANUFACTURING COMPANY, INC., <br><br> Defendant. | 2:18-cv-00384 <br> Electronic Filing <br><br> Judge David Stewart Cercone <br> Magistrate Judge Lisa Pupo Lenihan |

## MEMORANDUM ORDER

The Complaint in the above captioned case was received by the Clerk of Court on March 23, 2018, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 23), filed on September 27th, 2018, recommended that the Defendant's Motion to Dismiss and Alternative Motion to Transfer, ECF No. 18, be denied. Service was made on all counsel of record. The parties were informed that, in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, they had fourteen (14) days to file any objections. No objections have been filed to the Report and Recommendation to date.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 24th day of October, 2018,

IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss and Alternative Motion to Transfer, ECF No. 18, is **DENIED.**

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 23) of Magistrate Judge Lenihan dated September 27, 2018, is adopted as the Opinion of the Court.

_____
David Stewart Cercone
Senior United States District Judge

cc: Stephen A. Hall, Esquire
Howard J. Schulberg, Esquire
Matthew Fergus, Esquire
Fridrikh V. Shrayber, Esquire
Kelly F. Ryan, Esquire

*(Via CM/ECF Electronic Mail)*